UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CHAD MYERS, an individual,

Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES, INC.,

Defendant.

Case No. 1:17-cv-20736

**CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

Plaintiff, CHAD MYERS ("Plaintiff"), by and through the undersigned counsel, hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Chad Myers

    Andrew M. Bonderud, Esq.

    The Bonderud Law Firm, P.A.

    Carnival Corporation d/b/a Carnival Cruise Lines, Inc.

    Valentina Tejera, Esq.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

1

None.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Chad Myers

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated April 3, 2017.                                    **THE BONDERUD LAW FIRM, P.A.**

**/s/ *Andrew M. Bonderud***
Andrew M. Bonderud, Esq.
Florida Bar No. 102178
814 A1A North, Suite 202
Ponte Vedra Beach, FL 32082
904-438-8082 (Office)
904-800-1482 (Facsimile)
BonderudLaw@gmail.com
*Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on April 3, 2017, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to:

VALENTINA M. TEJERA, ESQUIRE
CARNIVAL CORPORATION
3655 N.W. 87th Avenue
Miami, Florida 33178-2428
*Counsel for Defendant*

**/s/ *Andrew M. Bonderud***
Attorney